# EXHIBIT 2

## ADDENDUM NO.1

Charter Party dated 6th June 2008 for
M.T "V8 STEALTH"

With reference to the captioned Charter Party, IT IS THIS DAY HEREBY AGREED BETWEEN THE PARTIES TO AMENDED BARECON CHARTER PARTY AS FOLLOWS:

Box 4 of Barecon Charter Party should read:

"Siva Ships Intl. Pte. Ltd. Suntec Tower Three #22-02, 8 Temasek Boulevard, Singapore 038988. Telephone:+65 6835 9008/Telefax:+65 6835 9558"

All other terms and conditions of subject Charter Party will remain unaltered.

IN WITNESS WHEREOF, the parties have caused this Addendum No.1 to be duly executed on this 3rd day of June 2011.

Owners:

By:
Title:

Charterers

By: John Fawcett-Ellis
Title: Senior Vice President -
Corporate Affairs
Head of Singapore Office