# EXHIBIT 4

## ADDENDUM NO.2

to the Bareboat Charterparty dated 6.6.08 ("the BBCP")
for the vessel "V8 STEALTH" (NTS Hull No. 311 516) ("the Vessel")
between

**MAYHEM CRUDE INC**
of Majuro, Marshall Islands
as Owners
- and -
**SIVA SHIPS INTL. PTE. LTD**
of 8 Temasek Boulevard, Suntec Tower Three, # 22-02, Singapore 038988
as Charterers

OWNERS AND CHARTERERS HEREBY AGREE in consideration of the mutual covenants provided for herein and for other good and sufficient consideration, the sufficiency and receipt of which Owners and Charterers each hereby acknowledge, TO VARY AND AMEND THE BBCP AS FOLLOWS:

1. The contents of Box 21 of the BBCP shall be deleted in their entirety and replaced with the following:

   "21. Charter period (Cl.2)
   Maximum 45 days after 25th November 2016, in Charterers' option"

2. The contents of Box 22 of the BBCP shall be deleted in their entirety and replaced with the following:

   "22. Charter hire (Cl.11)
   Up to and including 9th July 2012: USD 21,000 pdpr
   From 10th July 2012 until redelivery hereunder: USD 14,800 pdpr"

3. The Profit Share Agreement at Annex A to this Addendum shall form part of the BBCP and shall bind Owners and Charterers as from 0000hrs GMT on 10th July 2012.

4. Notwithstanding anything to the contrary in the BBCP, and in particular Rider Clause 9 thereof, Charterers shall reimburse Owners in respect of taxes imposed upon Owners in respect of Owners' earnings under the BBCP by Section 887 of the Internal Revenue Code of 1986, as amended. In addition clause 9 of the rider clauses last line is amended to read 'chrts will cover all taxes including US freight taxes if any including taxes on income from vessels trading, these taxes to be settled maximum 30 days after owners have demanded them", however for the avoidance of doubt, Charterers are not required to reimburse Owners or Owners' corporate officers in respect of any income tax of whatsoever nature levied by the country of Owners' corporate registration or by the country of domicile of Owners' corporate officers.

5. Corporate guarantee of Siva Ventures Limited and Daleworld Limited in the form as appended at Annex B provided in substitution for the guarantee executed by Siva Shipping Oslo A.S. (formerly known as J.B. Ugland Shipping A.S.) which is hereby discharged.

This addendum is under English law and if chrts fail to honour their obligations then this addendum to be null and void and original bareboat cp to apply.

Siva and its guaranteed charterers to pay all the due money to owners by 31st july 2012 failing which this addendum will be null and void and original bb cp to apply

IN WITNESS WHEREOF Owners and Charterers have caused this Addendum No.2 to be duly executed on [17] July 2012. (17th July, 2012).

Owners:

Name: Maria Kompopoulou
Title: Sole Director

Charterers:

Name: SARAVANA SIVASANKARAN
Title: DIRECTOR